UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALLEN GARRETT,<br><br>                              Plaintiff,<br><br>v.<br><br>SYCUAN CASINO, et al.,<br><br>                              Defendants. | Case No.: 3:25-cv-01596-JES-KSC<br><br>**ORDER:**<br><br>**(1) DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE WITH PREJUDICE;**<br><br>**(2) OVERRULING OBJECTION AS MOOT**<br><br>**[ECF Nos. 2, 5]** |

On June 20, 2025, Plaintiff William Allen Garrett ("Plaintiff") proceeding *pro se*, filed a complaint alleging due process and ADA discrimination punishment naming Defendant Sycuan Casino[1] and individual employees of Sycuan Casino in their official

---

[1] The Court presumes Plaintiff means to refer to the Sycuan Band of the Kumeyaay Nation, which is a "federally recognized tribe of Mission Indians from Southern California, located in an unincorporated area of San Diego County just east of El Cajon. The Sycuan band are a Kumeyaay tribe, one of the four ethnic groups indigenous to San Diego County." *See* https://en.wikipedia.org/wiki/Sycuan_Band_of_the_Kumeyaay_Nation (last visited August 10, 2024).

1

capacity. ECF No. 1 ("Compl."). Plaintiff filed a Motion to Proceed *In Forma Pauperis* ("IFP"). ECF No. 2. On July 7, 2025, Plaintiff filed an objection against sovereign immunity. ECF No. 5. Upon review, the Court **DENIES** Plaintiff's IFP request and **DISMISSES WITH PREJUDICE** Plaintiff's complaint under 28 U.S.C. § 1915(e). The Court **OVERRULES** Plaintiff's objection as **MOOT**.

Plaintiff previously filed a complaint regarding this matter. *See* 3:24-cv-01296-JES-SBC, ECF No. 1. On July 25, 2024, Plaintiff, proceeding *pro se*, filed a complaint alleging breach of contract, fourteenth amendment and due process violations naming Defendant Sycuan Casino and individual employees of Sycuan Casino in their official capacity. *Id*. Plaintiff filed a Motion to Proceed IFP in that case and the Court conducted a screening pursuant to 28 U.S.C. § 1915(e)(2) and dismissed the case with prejudice since Sycuan Casino is entitled to sovereign immunity. *Garrett v. Sycuan Casino*, No. 3:24-cv-01296-JES-SBC, 2024 WL 3798398, at *2 (S.D. Cal. Aug. 13, 2024) ("*Garrett I*"). In *Garrett I*, Plaintiff alleged he was deprived of a $2,335 jackpot won while at Sycuan Casino. *Id*. at *1.

On June 20, 2025, Plaintiff once again filed a complaint against Sycuan Casino, a commissioner and a slot machine supervisor alleging a due process violation and ADA discrimination. Compl. at 5-8. This new complaint relates to the jackpot Plaintiff previously alleged he won and was deprived of receiving. *Id*. at 7. The factual allegations in this new case are the same as *Garrett I* and the only cause of action that is different is a new cause of action for ADA discrimination. The Court previously dismissed Plaintiff's initial case with prejudice, because Sycuan is entitled to sovereign immunity. *See Garrett I*, 2024 WL 3798398, at *2. Plaintiff's new cause of action does not change that analysis.

---

Sycuan Casino is an Indian gaming casino owned by the Sycuan Tribe. *See* https://500nations.com/casinos/caSycuan.asp (last visited August 10, 2024).

1     Thus, the Court concludes Plaintiff's complaint must be dismissed *sua sponte* for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

    For the foregoing reasons, the Court **DISMISSES with prejudice** Plaintiff's Complaint in its entirety based on his failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); and the Court finds amendment would be futile. *See Gonzalez v. Planned Parenthood of L.A.*, 759 F.3d 1112, 1116 (9th Cir. 2014) ("'Futility of amendment can, by itself, justify the denial of … leave to amend.'") (quoting *Bonin v. Calderon*, 59 F.3d 815, 845 (9th Cir. 1995)). The Clerk of Court is directed to close this case. No further filings will be accepted on this case.

**IT IS SO ORDERED.**

Dated: July 29, 2025

                                       Honorable James E. Simmons Jr.
                                       United States District Judge